**Date of Arrest: 03/05**

# United States District Court
## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, Vs. Adrian CASTRO-Valenzuela AKA: None Known 201028253 YOB: 1991 Citizen of: Mexico  Defendant | Magistrate Case No. 22-1334MJ  COMPLAINT FOR VIOLATION OF  Title 8, United States Code, Section 1326(a) Re-Entry After Removal |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about March 05, 2022, Defendant Adrian CASTRO-Valenzuela, an alien, was found in the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Calexico, California on or about January 18, 2022. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed by AUSA Louie Uhl*
*SAD for LCU*

Signature of Complainant
Jared Lasley
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____March 07, 2022_____ at _____Yuma, Arizona_____
Date                                                                City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer                  Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Adrian CASTRO-Valenzuela
AKA: None Known
201028253

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about March 05, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Lukeville, Arizona on or about December 01, 2010. The Defendant has been removed on fifteen previous occasions. The Defendant was most recently removed on or about January 18, 2022, through the port of Calexico, California.

Agents determined that on or about March 05, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Todd Columbus, Jerry Lomeli, and Gerald Gravelle.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Patrick Tafoya.

Sworn to before me and subscribed telephonically,

_____March 07, 2022_____
Date

Signature of Complainant

Signature of Judicial Officer

-2-

## *Probable Cause Statement*

I, Border Patrol Agent Jared Lasley, declare under penalty of perjury, the following is true and correct:

Defendant:              Adrian CASTRO-Valenzuela

Dependents:             None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on fifteen (15) previous occasions. The Defendant has been removed a total of fifteen (15) times.

## CRIMINAL HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 12/03/2010 | Yuma, Arizona | 8 USC 1325 | Convicted; 3 Days |
| 10/26/2012 | Yuma, Arizona | 8 USC 1325 | Convicted; 75 Days |

Narrative: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about March 05, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Lukeville, Arizona on or about December 01, 2010. The Defendant has been removed on fifteen previous occasions. The Defendant was most recently removed on or about January 18, 2022, through the port of Calexico, California.

Agents determined that on or about March 05, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Executed on: *March 06, 2022*          Time: *07:40 AM MST*

Signed: *Jared Lasley, Border Patrol Agent*     *Jared Lasley*